**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| RICHARD W. FULLEN, *et ux.* | * |
| Plaintiffs, | * |
| | * |
| v. | Civil Action: **8:17-cv-00207-GJH** |
| | * |
| 3M COMPANY, *et al.,* | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**GENERAL ELECTRIC COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, Defendant General Electric Company provides the following information:

**a.   Corporate Affiliation.**

General Electric Company does not have a parent corporation.  No publicly held company owns ten percent (10%) or more of General Electric Company's stock.

**b.   Financial Interests in the Outcome of the Litigation.**

No other corporation, unincorporated association, partnership or other business entity has a financial interest in the outcome of this litigation.

.

*/s/  David J. Quigg*
David J. Quigg, Federal Bar #26401
MERINGER, ZOIS & QUIGG, LLC
320 North Charles Street
Baltimore, Maryland 21201
(443) 524-7978
dquigg@meringerlaw.com

*Attorneys for General Electric Company*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **27th** day of February, 2017, a copy of the foregoing was served by electronic submissions via CM/ECF, in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland, to all counsel of record.

                                               */s/ David J. Quigg*
                                               David J. Quigg